IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CUNA MUTUAL INSURANCE SOCIETY,

    Plaintiff,

v.                                          CASE NO. 1:08-cv-00113-MP-AK

DANIEL J. BALOGH and SOUTHWEST
BUSINESS CORPORATION,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 5, Motion for Extension of Time to File Answer, filed by Defendants. In the motion, the Defendants request an extension of time in which to serve their response to the Plaintiff' complaint. This request is granted, and Defendants shall file their answer on or before Monday, July 14, 2008.

    **DONE AND ORDERED** this  *25th* day of June, 2008

                            *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge