IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CUNA MUTUAL INSURANCE SOCIETY,

    Plaintiff,

v.                                                             CASE NO. 1:08-cv-00113-MP-AK

DANIEL J. BALOGH,
SOUTHWEST BUSINESS CORPORATION,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 11, Motion to Dismiss Case Without Prejudice, filed by Plaintiff CUNA Mutual Insurance Company. Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Plaintiff has filed the required stipulation at Doc. 12. Therefore, this case is dismissed without prejudice. The clerk is ordered to close the case.

**DONE AND ORDERED** this _26th_ day of August, 2008

                                   *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge